RAMSDEN & LYONS, LLP
700 Northwest Boulevard
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
Michael E. Ramsden, ISB #2368
Theron DeSmet, ISB #8184

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| ANTHONY NUSZKIEWICZ, | Case No. 11-cv-338 |
|---|---|
| Plaintiff, | NOTICE OF REMOVAL |
| vs. | |
| GENERAL INFORMATION SERVICES, INC., a South Carolina corporation, | |
| Defendant. | |

Defendant General Information Services, Inc. ("GIS") files this Notice of Removal pursuant to 15 U.S.C. § 1681 and 28 U.S.C. §§ 1441, and 1446, and hereby gives notice of the removal of this action to the United States District Court for the District of Idaho. As grounds for removal, GIS states as follows:

### NATURE OF THE ACTION

1. This is a Fair Credit Reporting Act ("FCRA"), defamation, and negligence action against GIS alleging that GIS caused Plaintiff Anthony Nuszkiewicz to suffer damage by providing false information in a consumer report provided to a company with which he sought employment. The action was originally filed against GIS on June 28, 2011, in the

District Court of the First Judicial District of the State of Idaho, Kootenai County, Case No. CV 2011-5177.  GIS was served with the Summons and Complaint on June 30, 2011.

2.	Plaintiff's claim arises under federal law as the complaint asserts a claim for violation of the Fair Credit Reporting Act. 15 U.S.C. § 1681 *et seq*.

3.	Pursuant to 15 U.S.C. § 1681p, "[a]n action to enforce any liability created under this subchapter may be brought in any appropriate United States district court, without regard to the amount in controversy, or in any other court of competent jurisdiction, not later than the earlier of…(1) 2 years after the date of discovery by the plaintiff of the violation that is the basis for such liability; or (2) 5 years after the date on which the violation that is the basis for such liability occurs."

4.	Defendants have timely served this Notice of Removal in compliance with subpart (1) or subpart (2) of 15 U.S.C § 1681p.  (*See Ex. A, Complaint alleging the FCRA violations occurred around April 2011*).

## REMOVAL PROCEDURES

5.	Removal to the United States District Court for the District of Idaho is proper, because this is "the district and division embracing the place where the action is pending." *See* 28 U.S.C. § 1441.

6.	The time within which GIS is permitted to remove this action under 28 U.S.C. § 1446(b) has not expired as of the time of the filing and service of this Notice of Removal.  Less than 30 days have passed since GIS received the Summons and Complaint via process server on June 30, 2011, on an agent, Lori Webb.  *See Ex. C*.

7.	Written notice of the filing of this Notice of Removal is being promptly given to Plaintiff and a Notice of Removal to Federal Court is being promptly filed with the clerk

of the District Court of the First Judicial District for the State of Idaho, County of Kootenai, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders served upon GIS are on file with the District Court of the First Judicial District for the State of Idaho, County of Kootenai.

9. This Notice of Removal is filed subject to and with full reservation of rights by GIS, including but not limited to defenses and objections to venue, improper service of process, personal jurisdiction, and any others that GIS might pursue.

21. GIS reserves the right to amend or supplement this Notice of Removal.

22. Pursuant to D.Id.L.Civ.R 81.1, GIS has attached to this Notice of Removal copies of all process, pleadings, and orders filed with the Kootenai County District Court to date, as well as the court's docket as follows:

- Exhibit A, Complaint
- Exhibit B, Summons Issued
- Exhibit C, Affidavit of Service
- Exhibit D, Notice of Appearance
- Exhibit E, Kootenai County District Court Docket for Case No. CV-2011-517

WHEREFORE, GIS hereby gives notice that the above-entitled action is removed from the District Court of the First Judicial District for the State of Idaho, County of Kootenai, to the United States District Court for the District of Idaho.

DATED this 26th day of July, 2011.

RAMSDEN & LYONS, LLP


By /s/Theron DeSmet
    Theron J. De Smet, Of the Firm
    Attorneys for Defendant


### CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2011, I served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Mark A. Ellingsen | ____ US Mail |
| Witherspoon Kelley | ____ Overnight Mail |
| 608 Northwest Boulevard, Suite 300 | __X__ Hand Delivered |
| Coeur d'Alene, ID 83814 | ____ Facsimile (208) 667-8470 |


/s/ Heidi L. Nelson
Heidi L. Nelson