IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANTHONY NUSZKIEWICZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>GENERAL INFORMATION SERVICES, INC., a South Carolina corporation,<br><br>                    Defendant. | Case No. 11-cv-00338-REB<br><br>**ORDER OF DISMISSAL** |

The above-named parties having stipulated to dismiss this matter (Dkt. 14), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED: **April 23, 2012**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge